IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00009-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MORENO-LOPEZ,
a/k/a Ruben Martinez, a/k/a Jose Mreho, a/k/a Ruben Moreno-Lopez,

    Defendant.

---

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

---

This matter comes before the Court on the Government's motion to dismiss the indictment pending against Defendant Jose Moreno-Lopez [Doc. 26]. The Government seeks dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a) because of Defendant's "extreme ill health." (Doc. 26 at 1, ¶ 1.) In light of the problems that continued prosecution of this case would cause for both Defendant and the Government, (see Order Granting Motion to Withdraw Guilty Plea, Doc. 25), the Court agrees with the parties that dismissal of this case is in the interests of justice.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Dismiss Indictment [Doc. 26] is GRANTED. Defendant's pending Motion for Downward Variance [Doc. 19] is DENIED as moot. This case is DISMISSED with prejudice.

DATED:  June 9, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge